IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| 14605 INCORPORATED f/k/a PHARMACEUTICAL FORMULATIONS, INC. | ) ) ) ) | Case No. 05-11910 (MFW) |
| Debtor. | ) ) | Re: Docket No. 804 |

**APPELLANTS' DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Bankruptcy Rule 8006, Objectors-Appellants 14605 Incorporated and ICC Industries Inc. respectfully submits their Designation of Items to be Included in the Record on Appeal.

**Designation of Items to be Included in the Record on Appeal**

**Fee Applicants' Trial Exhibits (Binders 1-4 of 6):**

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | | | Chronology of Key Events in Chapter 11 Case of Pharmaceutical Formulations, Inc. |
| 2 | 7/11/05 | 9 | Declaration of Robert D. Katz in Support of Chapter 11 Petition and First Day Motions |
| 3 | 8/15/05 | 149 | Excerpts from Debtor's Schedules of Assets and Liabilities – (i) Summary Page and (ii) Schedule of ICC Industries, Inc's Claims |
| 4 | | | Proof of Claim filed by ICC industries, Inc. asserting a $31,081,346.26 secured claim (Claim No. 147; dated 10/10/2005) |
| 5 | | | Proof of Claim filed by ICC industries, Inc. asserting an unsecured claim in an unliquidated amount (Claim No. 146; dated 10/10/2005) |
| 6 | | | Proof of Claim filed by ICC industries, Inc. asserting a $4,633,271.70 secured claim (Claim No. 148; dated 10/10/2005) |
| 7 | | | Claims Register maintained by Delaware Claims Agency |
| 8 | | | Summary of Claims filed by FTI Consulting, Inc. |

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 9 | 8/1/05 | 86 | Limited Objection of Official Committee of Unsecured Creditors to Motion for Order Approving (I) Bidding Procedures, including Expense Reimbursement and Break-Up Fee; (II) Scheduling a Sale Hearing Date, Auction and Bidding and Objection Deadlines; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief |
| 10 | 7/14/05 | 36 | Debtor's Motion for Order Authorizing and Approving (A) Asset Purchase Agreement with Leiner Health Products LLC Subject to Higher and Better Offers; (B) Sale of a Substantial Portion of the Debtor's Assets, Including the Right to Sell or Assign the Debtor's Interest in Certain Executory Contracts, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts; (D) Assumption of Certain Liabilities; and (E) Granting Related Relief |
| 11 | 9/15/05 | 224 | Official Committee of Unsecured Creditors' Limited Objection to Motion for Order Authorizing and Approving (A) Asset Purchase Agreement with Leiner Health Products LLC Subject to Higher and Better Offers; (B) Sale of a Substantial Portion of the Debtor's Assets, Including the Right to Sell or Assign the Debtor's Interest in Certain Executory Contracts, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts; (D) Assumption of Certain Liabilities; and (E) Granting Related Relief |
| 12 | 9/20/05 | 231 | Notice of Filing of Status Chart of Objections Regarding Contested Matters Scheduled for Hearing on 9/20/05 |
| 13 | 7/11/05 | 8 | Debtor's Motion for Interim and Final Orders (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 USC §§105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 USC §362; (C) Authorizing Debtor to Enter into Agreements with the CIT Group/Business Credit, Inc.; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 |

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 14 | 7/12/05 | 11 | Exhibit Supplement to Debtor's Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 USC §§105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 USC §362; (C) Authorizing Debtor to Enter into Agreements with the CIT Group/Business Credit, Inc.; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 |
| 15 | 7/29/05 | 79 | Official Committee of Unsecured Creditors' (A) Limited Objection to Debtor's Motion for Authority to Obtain Debtor-in-Possession Financing; and (B) Request for Reconsideration and Modification of Certain Provisions of Interim Financing Order |
| 16 | 8/3/05 | 94 | Notice of Filing of Status Chart of Objections Regarding Contested Matters Scheduled for Hearing on 8/3/05 |
| 17 | 8/3/05 | 104 | Final Order (A) Authorizing Debtor to Obtain Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 USC §§105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 USC §362; and (C) Authorizing Debtor to Enter into Agreements with the CIT Group/Business Credit, Inc. |
| 18 | 7/14/05 | 38 | Debtor's Motion for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Adoption and Implementation of the Pharmaceutical Formulations, Inc. Key Employee Retention Plan and Granting Related Relief |
| 19 | 8/1/05 | 85 | Limited Objection of the Official Committee of Unsecured Creditors to Debtor's Motion for Order Authorizing Adoption and Implementation of Key Employee Retention Plan and Related Relief |
| 20 | 8/4/05 | 110 | Certificate of Counsel Submitting a Revised Order Granting Debtor's Motion Authorizing the Adoption and Implementation of the Pharmaceutical Formulations, Inc. Key Employee Retention Plan and Granting Related Relief |
| 21 | 8/5/05 | 117 | Certificate of Counsel Submitting a Corrected Order Granting Debtor's Application for Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Retention and Employment of SSG Capital Advisors as Investment Banker |

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 22 | 8/8/05 | 124 | Corrected Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Adoption and Implementation of the Pharmaceutical Formulations, Inc. Key Employee Retention Plan and Granting Related Relief |
| 23 | | | ICC Commitment letter dated 3/31/05 |
| 24 | | | Draft Term Sheet dated 10/11/05 |
| 25 | | | Revised Term Sheet dated 10/19/05 |
| 26 | 1/10/06 | 470 | Notice of Filing of Redlined Version of First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Debtor's First Amended Chapter 11 Plan of Reorganization |
| 27 | 1/11/06 | 473 | Notice of Filing of Redlined Version of First Amended Chapter 11 Plan of Reorganization |
| 28 | 1/20/06 | 502 | Certificate of Counsel with Respect to Debtor's Disclosure Statement and Debtor's Motion for Order (i) Approving Form and Manner of Solicitation Procedures; (ii) Approving the Form and Notice of the Confirmation Hearing; (iii) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (iv) Approving Form of Ballots; (v) Establishing Deadline for Receipt of Ballots; (vi) Approving Procedures for Vote Tabulations; (vii) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (viii) Granting Related Relief[1] |
| 29 | 2/22/06 | 568 | Debtor's First Amended Chapter 11 Plan of Reorganization |
| 30 | 2/14/06 | 551 | Plan Supplement to Debtor's First Amended Chapter 11 Plan of Reorganization |
| 31 | 3/8/06 | 594 | Supplement to Plan Supplement to Debtor's First Amended Chapter 11 Plan of Reorganization |
| 32 | 3/8/06 | 595 | Notice of Filing of the Plan Administration's Agreement by and among 14605 Incorporated (f/k/a Pharmaceutical Formulations, Inc.), as Debtor and Debtor-in-Possession; Official Committee of Unsecured Creditors, as Predecessor in Interest to the Post-Confirmation Committee; ICC Industries, Inc.; Buccino & Associates, Inc.; and Clear Thinking Group LLC dated 3/7/06 |
| 33 | 8/16/05 | 153 | Transcript of 8/3/05 Hearing (DIP Motion; Sale Bidding Procedures Motion) |

---

[1] This document is designated as it was received by Fee Applicants and submitted into evidence; the first 66 pages were erroneously omitted.

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 34 | 9/2/05 | 200 | Transcript of 8/25/05 Motions Hearing |
| 35 | 9/29/05 | 254 | Transcript of 9/20/05 Hearing (Sale Motion) |
| 36 | 2/24/06 | 645 | Transcript of 2/24/06 Agenda Hearing (Plan and Disclosure Statement) |
| 37 | | | Schedule of Winston & Strawn LLP's Monthly Fees and Expenses During Case |
| 38 | | | Summary of Winston & Strawn LLP's Attorney Billings |
| 39 | 11/15/05 | 338 | First Interim Application of Winston & Strawn LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of 7/20/05 through 9/30/05 |
| 40 | 2/14/06 | 550 | Second Interim Application of Winston & Strawn LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of 10/1/05 through 12/31/05 |
| 41 | 4/21/06 | 638 | Final Application of Winston & Strawn LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of 7/20/05 through 3/7/06 |
| 41a | 11/20/06 | 726 | Supplemental Application of Winston & Strawn LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of 3/7/06 through 11/20/06 |
| 42 | 11/15/05 | 342 | First Interim Fee Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses for the Period 7/20/05 through 9/30/05 |
| 43 | 2/13/06 | 548 | Second Interim Fee Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses for the Period 10/1/05 through 12/31/05 |
| 44 | 4/19/06 | 631 | Final Fee Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses for the Period 7/20/05 through 3/6/06 |
| 45 | | | Summary of Debtor's Professional Fees |
| 46 | 7/18/05 | 61 | Debtor's Application Pursuant to Section 327(a) of the Bankruptcy Code to Authorize the Retention and Employment of Young Conaway Stargatt & Taylor LLP as Attorneys for the Debtor-in-Possession Effective, *Nunc Pro Tunc*, to the Petition Date |
| 47 | | | Invoices for services provided by Brown Raysman Millstein Felder & Steiner LLP |

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 48 | 4/17/06 | 629 | Eighth and Final Monthly Application of Young Conaway Stargatt & Taylor LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period 2/1/06 through 3/7/06 and the Final Period 7/11/05 through 3/7/06 |
| 49 | 4/19/06 | 632 | Second Interim and Final Application of Stroock & Stroock & Lavan LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from 7/11/05 through 3/7/06 |
| 50 | 11/15/05 | 337 | First and Final Application of SSG Capital Advisors LP for Allowance of Fees and Reimbursement of Expenses for the Period from 7/15/05 through 9/26/05 |
| 51 | 2/15/06 | 557 | Report by Executive Sounding Board Associates, Inc. of Compensation Earned and Expenses Incurred for the Period from 10/1/05 through 12/31/05 |
| 52 | 4/20/06 | 635 | Report by Executive Sounding Board Associates, Inc. of Compensation Earned and Expenses Incurred for the Period from 1/1/06 through 3/31/06 |
| 53 | 5/26/06 | 654 | Omnibus Order Approving Final Fee Applications |
| 54 | 9/28/05 | 252 | Reservation of Rights of ICC Industries, Inc. Concerning the First Monthly Fee Application of FTI Consulting, Inc. |
| 55 | 10/21/05 | 287 | Reservation of Rights of ICC Industries, Inc. Concerning the Second Monthly Fee Application of FTI Consulting, Inc. |
| 56 | 11/23/05 | 359 | Reservation of Rights of ICC Industries, Inc. Concerning the Third Monthly Fee Application of FTI Consulting, Inc. |
| 57 | 12/1/05 | 389 | Reservation of Rights of ICC Industries, Inc. Concerning the First Monthly Fee Application of Winston & Strawn LLP |
| 58 | 1/3/06 | 449 | Reservation of Rights of ICC Industries, Inc. Concerning the Fourth Monthly Fee Application of FTI Consulting, Inc. |
| 59 | 1/3/06 | 450 | Reservation of Rights of ICC Industries, Inc. Concerning the Second Monthly Fee Application of Winston & Strawn LLP |
| 60 | 1/4/06 | 452 | Omnibus Reservation of Rights of ICC Industries, Inc. Concerning Interim Fee Applications of Ashby & Geddes PA; FTI Consulting, Inc.; and Winston & Strawn LLP |

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 61 | 1/27/06 | 513 | Reservation of Rights of ICC Industries, Inc. Concerning the Fifth Monthly Fee Application of FTI Consulting, Inc. |
| 62 | 2/24/06 | 579 | Reservation of Rights of ICC Industries, Inc. Concerning the Third Monthly Fee Application of Winston & Strawn LLP |
| 63 | 3/6/06 | 592 | Omnibus Reservation of Rights of ICC Industries, Inc. Concerning Second Interim Fee Applications of Ashby & Geddes PA; FTI Consulting, Inc.; and Winston & Strawn LLP |
| 64 | 3/10/06 | 600 | Reservation of Rights of ICC Industries, Inc. Concerning the Fourth Monthly Fee Application of Winston & Strawn LLP |
| 65 | 3/10/06 | 601 | Reservation of Rights of ICC Industries, Inc. Concerning the Sixth Monthly Fee Application of FTI Consulting, Inc. |
| 66 | 4/17/06 | 628 | Reservation of Rights of ICC Industries, Inc. Concerning the Fifth Monthly Fee Application of Winston & Strawn LLP |
| 67 | 6/20/06 | 667 | Objection of Debtor and ICC Industries, Inc. to the Applications of Certain Professionals for the Compensation and Reimbursement of Fees and Expenses Made Pursuant to 11 USC §§330 and 331 |
| 67a | 12/7/06 | 727 | Objection of Debtor and ICC Industries, Inc. to Supplemental Application of Winston & Strawn LLP for Allowance of Compensation and Reimbursement of Expenses for the Period 3/7/06 through 11/20/06 |
| 68 | | | Professionals involved in the Chapter 11 Case of Pharmaceutical Formulations, Inc. |

**Objectors' Hearing Exhibits (Binder 5 of 6):**

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | | | 10/31/05 email from Neier re Plan disclosure points |
| 2 | | | 10/31/05 email from Nestor re PFI - Plan resolution |
| 3 | | | FTI Schedule A - Non-Specific Time Entries (Connor Tully) |
| 4 | | | FTI Schedule B - Conferencing among FTI consultants |
| 5 | | | FTI Schedule C - Conferencing among professionals |
| 6 | | | FTI Schedule D - fee/expense application |
| 7 | | | FTI Fee application - problem areas |

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 8 | | | Winston & Strawn LLP Schedule A (lacks specificity) |
| 9 | | | Winston & Strawn LLP Schedule B - Conferencing |
| 10 | | | Winston & Strawn LLP Schedule C – fee/employment application |
| 11 | | | Winston & Strawn LLP Schedule D – CIT references |
| 12 | | | Winston & Strawn LLP Bills – monthly breakdown of fees by person |
| 13 | | | Winston & Strawn LLP Bills – monthly breakdown of fees by person |
| 14 | | | PFI Summary of Claims Pool (as of 10/25/05) |

**Additional Documents (Binder 6 of 6):**

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | 6/20/06 | 667 | Certification of John L. Oram (Exhibit A to Debtor and ICC Industries, Inc.'s Objection to the Applications of Certain Professionals for Compensation and Reimbursement of Fees and Expenses) |
| 2 | 6/20/06 | 667 | Expert Report of Robert F. Troisio for Winston & Strawn LLP (Exhibit B to Debtor and ICC Industries, Inc.'s Objection to the Applications of Certain Professionals for Compensation and Reimbursement of Fees and Expenses) |
| 3 | 6/20/06 | 667 | Expert Report of Robert F. Troisio for FTI Consulting, Inc. (Exhibit C to Debtor and ICC Industries, Inc.'s Objection to the Applications of Certain Professionals for Compensation and Reimbursement of Fees and Expenses) |
| 4 | 6/20/06 | 667 | Certification of Paul Falick (Exhibit D to Debtor and ICC Industries, Inc.'s Objection to the Applications of Certain Professionals for Compensation and Reimbursement of Fees and Expenses) |
| 5 | 7/21/06 | 688 | Order Granting FTI Consulting, Inc. and Winston & Strawn LLP's Motion to Exclude |
| 6 | 4/4/07 | 751 | Transcript of 3/16/07 Motions Hearing |
| 7 | 5/16/07 | 764 | Transcript of 5/4/07 Omnibus Hearing |
| 8 | 5/23/07 | 770 | Transcript of 5/4/07 Hearing |
| 9 | 5/31/07 | 774 | Transcript of 5/23/07 Proceeding |

| Exhibit No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 10 | 9/19/07 | 791 | Memorandum Opinion |
| 11 | 9/19/07 | 792 | Order Overruling 14605 Inc. and ICC Industries, Inc.'s Objection to the Final Fee Applications Filed by the Committee's Professionals |
| 12 | 11/6/07 | 817 | Transcript of 7/17/06 Proceeding |

DATED: November 7, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

- and -

Robert Basil, Esquire
COLLIER & BASIL, P.C.
125 West 31st Street, Suite 19-B
New York, NY  10001
Telephone:   (917) 512-3066
Facsimile:   (831) 536-1075
Email:       robertjbasil@collierbasil.com

*Counsel for 14605 Incorporated and ICC Industries, Inc.*