IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 14605 INCORPORATED f/k/a | ) | Case No. 05-11910 (MFW) |
| PHARMACEUTICAL FORMULATIONS, INC. | ) | |
| | ) | |
| Debtor. | ) | Re: Docket No. 804 |
| | ) | |

## APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Pursuant to Bankruptcy Rule 8006, Objectors-Appellants 14605 Incorporated and ICC Industries Inc. respectfully submits their Statement of Issues to be Presented on Appeal.

### Statement of Issues to be Presented

1. Did the Court commit reversible error by refusing to permit the testimony of proposed expert Paul Falick on the ground that he was not truly an expert?

2. Did the Court commit reversible error by excluding the testimony of proposed expert Robert Troisio on the ground that his testimony would not be helpful to the court?

3. Did the Court commit reversible error by failing to review the fee applications under the standards prescribed in In re Busy Beaver Building Centers, 19 F.3d 383 (3d Cir. 1994), and Zolfo, Cooper & Co. v. Sunbeam-Oster Company, Inc., 50 F.3d 253 (3d Cir. 1995), in particular the requirement that bankruptcy fee applications are to be approved only to the extent that non-bankruptcy professionals would be compensated for the same activities in the same market?

4. Did the Court commit reversible error by failing to weigh the cost of any activity undertaken by the Applicants against the potential benefit to the estate or to the Official Committee of Unsecured Creditors ("UCC")?

071107114837.DOC

5. Did the Court commit reversible error by finding erroneously that the hourly rates of the Applicants in New York, Chicago, Los Angeles, and San Francisco were not significantly higher than the rates for comparable professionals in Delaware, the situs of the case.

6. Did the Court commit reversible error by failing to consider that ICC's counsel gave a 10% reduction in rates, when finding that the hourly rates of ICC's counsel were equivalent to that of Winston & Strawn LLP ("W&S")?

7. Did the Court commit reversible error by ruling that it was proper for the Applicants to charge out-of-state rates when Applicants conceded at the hearing that the activities undertaken by the Applicants could have been handled competently by its Delaware counsel charging Delaware rates?

8. Did the Court commit reversible error by ruling that the matter was not overstaffed by Applicants, who used 25 professionals?

9. Did the Court commit reversible error by permitting full recovery for paralegals charging paralegal rates for undertaking clerical activities?

10. Did the Court commit reversible error by permitting FTI recover for billing over $500/hour for Mr. Connor Tully, when it was undisputed that his work as inferior and he required supervision from Mr. Sam Star at over $600/hour?

11. Did the Court commit reversible error by permitting Applicants to recover for work done on litigation analysis, when all analysis had already been done by other professionals working in the bankruptcy?

12. Did the Court commit reversible error by not reviewing the billing entries of Applicants to determine if they were sufficiently descriptive to warrant compensation?

13. Did the Court commit reversible error by permitting compensation to Applicants for extensive conferencing?

14. Did the Court err by permitting recovery of full rates by the Applicants for time spent preparing fee applications and defending against challenges to the fee applications?

DATED: November 7, 2007

                         /s/ Christopher D. Loizides
                         Christopher D. Loizides (No. 3968)
                         LOIZIDES, P.A.
                         1225 King Street, Suite 800
                         Wilmington, DE 19801
                         Telephone:     (302) 654-0248
                         Facsimile:      (302) 654-0728
                         E-mail:          loizides@loizides.com

                                  - and -

Robert Basil, Esquire
COLLIER & BASIL, P.C.
125 West 31st Street, Suite 19-B
New York, NY 10001
Telephone:     (917) 512-3066
Facsimile:      (831) 536-1075
Email:           robertjbasil@collierbasil.com

*Counsel for 14605 Incorporated and ICC Industries, Inc.*