IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 14605 Incorporated | ) | Case No. 05-11910 (MFW) |
| (f/k/a Pharmaceutical Formulations, Inc.) | ) | |
| | ) | |
| Reorganized Debtor. | ) | |

## DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, FTI Consulting, Inc., Winston & Strawn LLP and Ashby & Geddes, P.A. (collectively, the "Appellees"), file this designation of additional items for inclusion in the record with respect to the Notice of Appeal of (a) the final order of the Court overruling the objections of 14605 Incorporated and ICC Industries, Inc. (collectively, the "Appellants") to certain fee applications, entered on September 19, 2007 (Docket No. 792), and (b) the order of the Court granting the motion of FTI Consulting, Inc. and Winston & Strawn LLP to exclude expert testimony in reference to Appellants' objections to the same fee applications, entered on July 21, 2006 (Docket No. 688). Pursuant to Del.Bankr.L.R. 8006-1, a copy of each additional item designated below has been served upon the Clerk.

### Additional Items for Inclusion in the Record on Appeal

| Tab # | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1. | 7/7/06 | 674 | Motion of FTI Consulting, Inc. and Winston & Strawn LLP for an Expedited Hearing on Their Motion to Exclude Expert Testimony Offered by 14605 Incorporated and ICC Industries, Inc. in Support of Their Objection to Fee Applications and to Extend the July 31, 2006 Hearing Date |
| 2. | 7/7/06 | 675 | FTI Consulting, Inc. and Winston & Strawn LLP's Motion to Exclude Expert Testimony Offered by 14605 Incorporated and ICC Industries, Inc. in Support of Their Objection to Fee Applications |
| 3. | 7/14/06 | 683 | Objection of Debtor and ICC Industries, Inc. to Motion of FTI Consulting, Inc. and Winston & Strawn, LLP to Strike Certifications and to Extend Hearing Date |

| Tab # | Date Filed | Docket No. | Description |
|---|---|---|---|
| 4. | 7/27/06 | 691 | Request for Judicial Notice in Support of Joint Reply by Winston & Strawn LLP and FTI Consulting, Inc. to Objection of Debtor and ICC Industries, Inc. to the Application of Certain Professionals for Compensation and Reimbursement of Fees and Expenses made Pursuant to 11 U.S.C. Sec. 330 and 331 |
| 5. | 7/27/06 | 692 | Joint Reply by Winston & Strawn LLP and FTI Consulting, Inc. to Objection of Debtor and ICC Industries, Inc. to the Application of Certain Professionals for Compensation and Reimbursement of Fees and Expenses made Pursuant to 11 U.S.C. Sec. 330 and 331 |
| 6. | 7/27/06 | 696 | Joinder of Ashby & Geddes, P.A. in Joint Reply by Winston & Strawn LLP and FTI Consulting, Inc. to Objection of Debtor and ICC Industries, Inc. to the Application of Certain Professionals for Compensation and Reimbursement of Fees and Expenses Made Pursuant to 11 U.S.C. Sections 330 and 331 |

Dated: November 19, 2007

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Counsel for Appellee Ashby & Geddes, P.A.*

SMITH KATZENSTEIN & FURLOW LLP

/s/ Kathleen Miller
Kathleen Miller (I.D. #2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899-0410
(302) 652-8400

-and-

**MORGAN LEWIS & BOCKIUS LLP**
John C. Goodchild, III
John J. Franchini
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5020

*Counsel to Appellee FTI Consulting, Inc.*

**WINSTON & STRAWN LLP**

/s/ Rolf S. Woolner
_____
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 61-1700

*Counsel to Appellee Winston & Strawn LLP*