IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 5**

IN RE: 14605 Incorporated

| | | |
|---|---|---|
| 14605 Incorporated and, | ) | |
| ICC Industries Inc. | ) | |
| | ) | |
| Appellants, | ) | Civil Action No.  07-741 |
| v. | ) | |
| | ) | |
| FTI Consulting Inc. Winston & Strawn LLP, | ) | |
| And Ashby & Geddes, P.A. | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No. 05-11910 |
| | | AP 07-99 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/19/07 and 7/21/06 was docketed in the District Court on 11/20/07:

> Order overruling the objections of the Appellants to certain fee applications entered in this bankruptcy case and the Order of the bankruptcy judge granting FTI Consulting, Inc. and Winston & Strawn LLP's motion to exclude expert testimony of reference to Appellants' objection to the same fee applications

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                       Peter T. Dalleo
                                       Clerk of Court

Date: 11/20/07
To:    U.S. Bankruptcy Court
        Counsel