UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| 14605 INCORPORATED ) | Case No. 1:07-cv-741-JJF |
| (f/k/a PHARMACEUTICAL FORMULATIONS, INC.) ) | |
| ) | |
| Debtor. ) | |

**ORDER AND STIPULATION RESOLVING (I) APPEAL
OF DECISION WITH RESPECT TO OBJECTION TO FINAL
APPLICATION OF WINSTON & STRAWN LLP, AND
(II) FINAL APPLICATION OF ASHBY &GEDDES, EACH
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Following mediation with respect to the objections (the "Objections") of 14605, Incorporated, and ICC Industries, Inc. (collectively, "ICC"), to the final fee applications (the "Final Fee Applications") of Winston & Strawn LLP ("Winston"), and Ashby & Geddes ("Ashby"), each co-counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses pursuant to Sections 327, 328, 330, 331 and 503(b) of Title 11 of the United States Code as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure; it is hereby

ORDERED AND AGREED that the Final Fee Applications of Winston and Ashby, the Objections thereto and the appeal of the decision and Order of the Bankruptcy Court (Walrath, J.) dated September 19, 2007 (the "Bankruptcy Court Order") are resolved as follows:

1. Pursuant to the Bankruptcy Court Order, Winston's Final Fee Application is approved and fees are allowed in the amount of $616,861.00 and expenses are allowed in the amount of $8,898.36.

2. Winston's additional attorneys' fees and expenses in connection with the Final Fee Application and the Objections thereto are allowed in the amount of $106,155.16.

{00235351;v1}

3.   Pursuant to the Bankruptcy Court Order, Ashby's Final Fee Application is approved and fees are allowed in the amount of $115,295.50 and expenses are allowed in the amount of $5,864.30.

4.   Ashby's additional attorneys' fees and expenses in connection with the Final Fee Application and the Objections thereto are allowed in the amount of $58,166.63.

5.   ICC is hereby authorized and directed to pay to Winston $270,887.98 in full satisfaction of all remaining unpaid amounts owed to Winston in connection with the Final Fee Application and the additional fees and expenses incurred in connection with the Objections.

6.   ICC is hereby authorized and directed to pay to Ashby $58,166.63 in full satisfaction of all remaining unpaid amounts owed to Ashby in connection with the Final Fee Application and the additional fees and expenses incurred in connection with the Objections.

7.   Upon payment by ICC of the foregoing amounts to Winston and Ashby, the appeal of the Bankruptcy Court's Order shall be dismissed with prejudice

Dated:

_____
United States District Judge

AGREED TO:

**WINSTON & STRAWN LLP**

_____
David Neier
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

And

(signatures continue on next page)

ASHBY & GEDDES, P.A.

/s/ Gregory A. Taylor
William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

Co-Counsel for Official
Committee of Unsecured Creditors


LOIZIDES & ASSOCIATES

_____
Christopher D. Loizides (No. 3968)
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

And

Robert J. Basil
COLLIER & BASIL, P.C.
60 West 57th Street, Suite 16-O
New York, NY 10019
(917) 512-3066

Co-Counsel to 14605, Incorporated and
ICC Industries Inc.

**ASHBY & GEDDES, P.A.**

_____
William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

Co-Counsel for Official
Committee of Unsecured Creditors


**LOIZIDES, P.A.**

*/s/ Christopher D. Loizides*
Christopher D. Loizides
2008.08.15 14:59:25 -04'00'
_____
Christopher D. Loizides (No. 3968)
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

And

Robert J. Basil
COLLIER & BASIL, P.C.
60 West 57th Street, Suite 16-O
New York, NY 10019
(917) 512-3066

Co-Counsel to 14605, Incorporated and
ICC Industries Inc.